**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 23, 2021

**BY ECF/Email**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.
SO ORDERED.
Dated: 11/23/2021

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   United States v. Roger Bryant, 20 Cr. 120 (PKC)

Dear Judge Castel,

[ I write to respectfully request permission for Mr. Bryant to spend Thanksgiving Day with his mother, at her apartment in Manhattan. Mr. Bryant has been on home detention since June 10, 2021. He asks that he be allowed to leave his apartment at 3pm on Thanksgiving day—Thursday, November 25th—and return home by 8pm the same day. He will go straight from his apartment to his mother's apartment and back. ]

The government has no objection to this request. In response to my request to Pretrial Services, I was informed that "[o]ur office policy it to object to social leave requests for individuals subject to home incarceration and home detention."

Over the last month, Mr. Bryant has made significant strides in addressing his drug addiction. Maintaining pro-social relationships is a critical piece of successful recovery, and the holidays can be a particularly lonely time. I respectfully ask that Mr. Bryant be allowed to spend Thanksgiving day with his loved ones.

Respectfully submitted,

/s/ Anna Schneider
Anna Schneider
Federal Defenders of New York
(646) 787-5435

CC:   AUSA Brett Kalikow