# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 29, 2021

**Via ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Roger Bryant**,
        20 Cr. 120 (PKC)

Dear Judge Castel:

    I write to respectfully request the Court allow Mr. Bryant leave his home to visit his family on New Year's Day in Manhattan. He will leave from Brooklyn at 4 PM and be home by 8 PM. He was unable to see them on Christmas and hopes to visit with them and exchange gifts.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
(212) 417-8733

cc:   Brett Kalikow, by e-mail

Application GRANTED.

SO ORDERED.
Dated: New York, New York
       December 30, 2021

P. Kevin Castel
United States District Judge